# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHIAS SCOTT, #B32311, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 19−cv−00528−SMY |
| vs. | ) ) |
| JOHN BALDWIN, *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF IMPENDING DISMISSAL

**YANDLE, District Judge:**

This case is before the Court for the purpose of docket management. On June 13, 2019, this Court ordered Plaintiff to provide additional information to the Court to identify Defendants Martin and Bucbu so that process may be served upon them (Doc. 15). Plaintiff has failed to comply with that Order, as a result, there is insufficient information to obtain service on Defendants Martin and Bucbu.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), **NOTICE IS HEREBY GIVEN** that on or before August 29, 2019, Plaintiff shall provide additional information to the Clerk of Court in order to obtain service on Defendants Martin and Bucbu. Should Plaintiff fail to do so, these defendants will be dismissed from this action without prejudice.

**IT IS SO ORDERED.**

**DATED: 8/15/2019**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States Chief District Judge**